# United States District Court
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 5:19-CR-25 |
| | § | |
| NICOLAS ARROYO (2) | § | |

## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Craven conducted a hearing on January 14, 2020, in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation (document #125). Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement. She further recommended that the Court finally adjudge Defendant as guilty of Count 1 of the Indictment, which charges a violation of 18 U.S.C. §371, conspiracy to commit illegal remunerations. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document #125) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court. Further, the plea agreement is conditionally approved by the Court, subject to a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of Count 1 of the Indictment in the above-numbered cause and enters a **JUDGMENT OF**

**GUILTY** against the Defendant as to Count 1 of the Indictment.

**SIGNED this 16th day of January, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE